UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Allega Cement Contractor, Inc. ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Guntert & Zimmerman, Const. Div., Inc.,<br><br>　　　　Defendant. | Case No.  2:22-cv-1806-JAM-DB<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

KEITH HOLLAND, CLERK

By: /s/  A. Kastilahn, Deputy Clerk