

**FILED**
Mar 16, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Allega Cement Contractor, Inc. , <br><br> Plaintiff, <br><br> v. <br><br> Guntert & Zimmerman, Const. Div. Inc., <br><br> Defendant. | Case No.  2:22-cv-1806 JAM DB <br><br> **AMENDED DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant Guntert & Zimmerman, Const. Div. Inc. in the amount of $594,984.00.

March 16, 2023                               KEITH HOLLAND, CLERK

                                             By: /s/  J. Donati, Deputy Clerk